# Third District Court of Appeal
## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1919
Lower Tribunal Nos. F10-36830C and F11-15037A

_____

**Zevin Mitchell,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Zevin Mitchell, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed. See Spencer v. State, 842 So. 2d 52 (Fla. 2003)("[S]ubstantive claims of prosecutorial misconduct could and should have been raised on direct appeal and thus are procedurally barred from consideration in a postconviction motion."); and Boyd v. State, 880 So. 2d 726 (Fla. 2d DCA 2004)("A sentence is illegal for purposes of rule 3.800(a) if it imposes punishment that no judge could possibly impose for the charged crime under the entire body of sentencing statutes without regard to the underlying factual circumstances.").